UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------

|  |  |  |
|---|---|---|
| TIMOTHY L. NEWMAN, | : | |
| | : | CASE NO. 3:14-CV-1325 |
| Petitioner, | : | |
| | : | |
| v. | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| JASON BUNTING, Warden, | : | |
| | : | |
| Respondent. | : | |
| | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Petitioner Timothy Newman seeks a writ of habeas corpus under 28 U.S.C. § 2254.[1] On October 28, 2015, Magistrate Judge Knepp recommended that this Court dismiss the petition.[2] Neither party objected to Magistrate Judge Knepp's Report and Recommendation ("R&R").

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a R&R to which a party has made an objection.[3] Parties must file any objections to a R&R within fourteen days of service.[4] Failure to object within that time waives a party's right to have the Court review the R&R.[5] Absent objection, a district court may adopt the R&R without review.[6]

In this case, neither party has objected to the R&R. Moreover, having conducted its own review of the record and the parties' briefing in this case, this Court agrees with the conclusions of

---

[1] Doc. 1. Responded filed a return of writ. Doc. 5. Petitioner Replied. Doc. 7.
[2] Doc. 8.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] Fed. R. Civ. P. 72(b)(2); LR 72.3(b).
[5] LR 72.3(b); *see Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).
[6] *See Thomas*, 474 U.S. at 149.

Case No. 3:14-CV-1325
Gwin, J.

Magistrate Judge Knepp.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Knepp's Report and Recommendation and incorporates it fully herein by reference. The Court **DISMISSES WITH PREJUDICE** Banks' petition. Moreover, the Court certifies that an appeal from this decision could not be taken in good faith and that no basis exists upon which to issue a certificate of appealability under 28 U.S.C. § 1915(a)(3).[7]

IT IS SO ORDERED.

Dated: November 23, 2015      s/ *James S. Gwin*
                    JAMES S. GWIN
                    UNITED STATES DISTRICT JUDGE

---

[7] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).